# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2020

159934(43)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

ERNEST GORDON, III, a/k/a EARNEST
GORDON, III
      Defendant-Appellant.

SC: 159934
COA: 346695
Kent CC: 03-007771-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's November 26, 2019 order is considered, and it is DENIED, because we are not persuaded that reconsideration of our previous order is warranted. MCR 7.311(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2020



a0323

Clerk